**Order entered October 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01126-CR
No. 05-15-01127-CR
No. 05-15-01128-CR
No. 05-15-01129-CR
No. 05-15-01130-CR
No. 05-15-01131-CR
No. 05-15-01132-CR
No. 05-15-01133-CR
No. 05-15-01134-CR
No. 05-15-01135-CR
No. 05-15-01136-CR
No. 05-15-01138-CR

**WILLIAM CHAD COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-80672-2014, 366-80673-2014, 366-81074-2014,**
**366-81075-2014, 366-81076-2014, 366-81077-2014, 366-81078-2014, 366-81192-2014,**
**366-81193-2014, 366-81194-2014, 366-81195-2014, 366-80674-2014**

## ORDER

The Court **GRANTS** court reporter Antoinette Varela's October 2, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Varela to file the complete

reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Antoinette Varela, official court reporter, 366th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
         JUSTICE